Jose Jesus GALVEZ–LEANOS, a.k.a. Jesus Llanos Galvez, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 07–72998.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Nov. 3, 2008.*

Filed Nov. 12, 2008.

Anthony D. Agpaoa, Law Office of Anthony D. Agpaoa, San Francisco, CA, for Petitioner.

Melissa Leibman, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

This is a petition for review of a Board of Immigration Appeals' ("BIA") order affirming an immigration judge's decision that petitioner was not eligible for cancellation of removal.

Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). This court has held that the plain language of 8 U.S.C. § 1229b(c)(6) prohibits an alien from being granted both cancellation of removal and a waiver under former 8 U.S.C. § 1182(c). *Garcia–Jimenez v. Gonzales,* 488 F.3d 1082 (9th Cir.2007). Petitioner's opening brief argues only that *Garcia–Jimenez* was wrongly decided. As petitioner points to no intervening case calling *Garcia–Jimenez* into question, that case remains binding on this court. Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.